## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ISABELLE ROY,<br><br>   Plaintiff,<br><br>vs.<br><br>RUDOLPH TECHNOLOGIES, INC., DAVID B. MILLER, JEFFREY A. AUKERMAN, LEO BERLINGHIERI, DANIEL H. BERRY, VITA A. CASSESE, THOMAS G. GREIG, III, MICHAEL P. PLISINSKI, and JOHN R. WHITTEN,<br><br>   Defendants. | Case No. 19-cv-12103-FDS<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Isabelle Roy ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: November 7, 2019

                        /s/ Mitchell J. Matorin

                        Mitchell J. Matorin (BBO# 649304)
                        MATORIN LAW OFFICE, LLC
                        18 Grove Street, Suite 5
                        Wellesley, Massachusetts 02482
                        (781) 453-0100
                        mmatorin@matorinlaw.com

OF COUNSEL:

**WEISSLAW LLP**
Richard A. Acocelli
Michael A. Rogovin
Kelly K. Moran
1500 Broadway, 16th Floor
New York, New York 10036
Tel: (212) 682-3025
Fax: (212) 682-3010

*Attorneys for Plaintiff*

## Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 7, 2019.

/s/ Mitchell J. Matorin